GEORGE R. PENTON and Another, Copartners, etc., Respondents, v

Albert E. Gurge, Appellant, and Another, Defendant, Copartners, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.